AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
**United States District Court**
**Western District of Arkansas**
September 29 2026
**Office of the Clerk**

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

VARTEN JAQOUB VARTENIAN

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 1:19CR10007-001
USM No. 11903-010

F. Mattison Thomas, III
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions listed below of the term of supervision.

☐ was found in violation of condition(s) count(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 07/17/2025 |
| 2 | Special Condition #2: Fail to Comply with Drug Testing | 07/22/2025 |
| 3 | Special Condition #2: Fail to Comply with Substance Abuse Treatment | 08/04/2025 |
| 4 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 08/05/2025 |
| 5 | Standard Condition #5: Fail to Notify USPO of Change in Residence | 08/06/2025 |
| 6 | Special Condition #2: Fail to Comply with Substance Abuse Treatment | 10/21/2025 |
| 7 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 11/04/2025 |
| 8 | Special Condition #2: Fail to Comply with Drug Testing | 12/05/2025 |
| 9 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 12/19/2025 |
| 10 | Mandatory Condition #1: New Law Violation | 12/23/2025 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 1069

Defendant's Year of Birth: 1992

City and State of Defendant's Residence:
El Dorado, Arkansas

September 28, 2026
Date of Imposition of Judgment

/s/Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Senior U.S. District Judge
Name and Title of Judge

September 29, 2026
Date

DEFENDANT: VARTEN JAQOUB VARTENIAN
CASE NUMBER: 1:19CR10007-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Fourteen (14) months with credit for time served in federal custody. No term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________ to ______________

at ______________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL